UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KEVIN OTTO,

                Plaintiff,                8:15-cv-772
                                                          (GLS/CFH)
        v.

NATHAN KENYAN, NY State Trooper,
*et al.*

                Defendants.
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**

KEVIN OTTO
Plaintiff, *Pro Se*
170 Tanglewood Drive
Colchester, Vermont 05446

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN    KELLY L. MUNKWITZ
New York State Attorney General    SHANNAN COLLIER
The Capitol                              KRASNOKUTSKI
Albany, New York 12224             Assistant Attorney Generals

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

    The above-captioned matter comes to this court following an Report-

Recommendation and Order by Magistrate Judge Christian F. Hummel,

duly filed on December 21, 2016. (Dkt. No. 36.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 36) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant's motion to dismiss (Dkt. No. 34) is **GRANTED** and plaintiff's complaint is **DISMISSED** in its entirety with prejudice; and it is further

**ORDERED** that the Clerk is directed to close the case; and it is further

**ORDERED** that the clerk provide a copy of this Order to the parties in accordance with the court's Local Rules of Practice.

**IT IS SO ORDERED.**

January 11, 2017
Albany, New York

Gary L. Sharpe
U.S. District Judge